UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE VALVOLINE COMPANY, A DIVISION
OF ASHLAND, INC,

                Plaintiff(s),

Case No.  13-10182

Honorable Avern Cohn

v.

VETERANS OIL & LUBE,

                Defendant(s).
_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

      In accordance with the parties representations, this case hereby is DISMISSED WITHOUT PREJUDICE.   This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs.

      SO ORDERED.

Dated:  July 3, 2013

                s/Avern Cohn
                AVERN COHN
                UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to counsel of record on this date, July 3, 2013, by electronic and/or ordinary mail.

                s/Sakne Chami
                Case Manager, (313) 234-5160